IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

REBECCA D. ALDRICH : CIVIL ACTION
　　　　Plaintiff :
　　v. :
SOCIAL SECURITY ADMIN., :
　　　　Defendant : NO. 12-2416

FILED APR 1 0 2013
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

**AND NOW**, this 10 day of April, 2013, after review of the Report and Recommendation of Carol Sandra Moore Wells, Chief United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. This case **TRANSFERRED**, in the interest of justice, to the U.S. District Court for the Middle District of Pennsylvania.

BY THE COURT:

_____
BERLE M. SCHILLER, J.