IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA D. ALDRICH,<br><br>    Plaintiff<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant | CIVIL ACTION NO. 3:13-CV-1292<br><br>(MEHALCHICK, M.J.) |

# ORDER

**AND NOW**, this 6th day of March, 2014, in light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** Plaintiff's appeal is **DENIED**. The decision of the Commissioner is **AFFIRMED**. The Clerk of Court is directed to close this case.

**Dated: March 6, 2014**                                  *s/ Karoline Mehalchick*
                                                          **KAROLINE MEHALCHICK**
                                                          **United States Magistrate Judge**